NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Farhad Novian (farhad@novianlaw.com)
Alexander B. Gura (gura@novianlaw.com)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
310-553-1222

ATTORNEY(S) FOR: Plaintiffs BRIAN KANG, an individual, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN KANG, an individual, et al.,

Plaintiff(s),

v.

HYBRID TRADE LIMITED, an unknown business entity, et al.

Defendant(s)

CASE NUMBER:

2:21-cv-06593

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs BRIAN KANG, an individual, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRIAN KANG, on behalf of himself and SKYBLOCK, LLC and MID-WILSHIRE CONSULTING, LLC | Plaintiff |
| PRASAD HURRA | Plaintiff |
| DAVID KIM, on behalf of himself and BLUE BLOCK GROUP | Plaintiff |
| ARTEMIO VERDUZO | Plaintiff |
| DAVID KWON | Plaintiff |
| YOUNG JAE KWON | Plaintiff |
| HYBRID TRADE LIMITED | Defendant |
| ASIA DIGITAL ASSET EXCHANGE | Defendant |
| ALLYSIAN SCIENCES | Defendant |

*See Attachment for Additional Parties*

08-13-2021
Date

/s/ Alexander Brendon Gura
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs BRIAN KANG, an individual, et al.

| PARTY | CONNECTION/INTEREST |
|---|---|
| APOLO OHNO | Defendant |
| ROD JAO | Defendant |
| EUGENIO PUGLIESE | Defendant |
| HENRY LIU | Defendant |