1

2

3

4                                                            **JS-6**

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

BRIAN KANG, an individual, on          Case No. 2:21-cv-06593-MCS-JPR

11   behalf of himself and SKYBLOCK,

LLC and MID-WILSHRE                    **JUDGMENT**

12   CONSULTING LLC, PRASAD

13   HURRA, DAVID KIM, an individual,

on behalf of himself and BLUE

14   BLOCK GROUP, ARTEMIO

15   VERDUZO, DAVID KWON, and

YOUNG JAE KWON,

16

17              Plaintiffs,

18         v.

19

HYBRID TRADE LIMITED, ASIA

20   DIGITAL ASSET EXCHANGE,

21   ALLYSIAN SCIENCES, APOLO

OHNO, ROD JAO, EUGENIO

22   PUGLIESE, HENRY LIU, and DOES

23   1 through 10, inclusive,

24              Defendants.

25

26

27

28

1

1    Pursuant to this Court's Order Granting Defendant's Motion to Dismiss,

2    IT IS ADJUDGED that judgment is entered in favor of Defendants Hybrid Trade

3  Limited, Asia Digital Asset Exchange, Allysian Sciences, Apolo Ohno, Rod Jao,

4  Eugenio Pugliese, and Henry Liu and against Plaintiffs Brian Kang, Prasad Hurra,

5  David Kim, Artemio Verduzo, David Kwon, and Young Jae Kwon on all claims in

6  Plaintiffs' Complaint. The action is dismissed with prejudice. Plaintiffs shall take

7  nothing from this action, and Defendants are entitled to their costs of suit.

8

9  **IT IS SO ORDERED.**

10

11   Dated: February 15, 2022

12                                                      MARK C. SCARSI
                                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2