FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
ANTHONY S. CHAVEZ (SBN 288089)
anthonyc@novianlaw.com
ALEXANDER BRENDON GURA (SBN 305096)
gura@novianlaw.com
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Telephone:   (310) 553-1222
Facsimile:   (310) 553-0222

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KANG, an individual, on behalf of himself and SKYBLOCK, LLC and MID-WILSHIRE CONSULTING, LLC; PRASAD HURRA, an individual; DAVID KIM, an individual, on behalf of himself and BLUE ROCK GROUP; ARTEMIO VERDUZO, an individual; DAVID KWON, an individual; and YOUNG JAE KWON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYBRID TRADE LIMITED, an unknown business entity; ASIA DIGITAL ASSET EXCHANGE, an unknown business entity; ALLYSIAN SCIENCES, an unknown business entity; APOLO OHNO, an individual; ROD JAO, an individual; EUGENIO PUGLIESE, an individual; HENRY LIU, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:21-cv-06593-MCS-JPR<br><br>Judge:    Hon. Mark C. Scarsi<br><br>**PLAINTIFFS' NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION AND MOTION TO RECONSIDER ORDER GRANTING DEFENDANT APOLO OHNO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date:   April 11, 2022<br>Time:           9:00 a.m.<br>Courtroom:      7C<br><br>Complaint Filed: Aug. 13, 2021 |

PLEASE TAKE NOTICE that Plaintiffs BRIAN KANG, an individual, on behalf of himself and SKYBLOCK, LLC and MID-WILSHIRE CONSULTING, LLC; PRASAD HURRA, an individual; DAVID KIM, an individual, on behalf of himself and BLUE ROCK GROUP; ARTEMIO VERDUZO, an individual; DAVID KWON, an individual; and YOUNG JAE KWON, an individual, hereby lodge the attached [Proposed] Order Granting their Motion to Reconsider Order Granting Defendant Apolo Ohno's Motion to Dismiss Plaintiffs' Complaint, previously electronically filed at Docket No. 35.

DATED:  March 2, 2022                    NOVIAN & NOVIAN LLP

By: */s/ Alexander Brendon Gura*
 FARHAD NOVIAN
 ANTHONY S. CHAVEZ
 ALEXANDER BRENDON GURA

*Attorneys for Plaintiffs*