1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KANG, an individual, on behalf of himself and SKYBLOCK, LLC and MID-WILSHIRE CONSULTING, LLC; PRASAD HURRA, an individual; DAVID KIM, an individual, on behalf of himself and BLUE ROCK GROUP; ARTEMIO VERDUZO, an individual; DAVID KWON, an individual; and YOUNG JAE KWON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYBRID TRADE LIMITED, an unknown business entity; ASIA DIGITAL ASSET EXCHANGE, an unknown business entity; ALLYSIAN SCIENCES, an unknown business entity; APOLO OHNO, an individual; ROD JAO, an individual; EUGENIO PUGLIESE, an individual; HENRY LIU, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:21-cv-06593-MCS-JPR<br><br>Judge:    Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER GRANTING DEFENDANT APOLO OHNO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date:   April 11, 2022<br>Time:           9:00 a.m.<br>Courtroom:      7C<br><br>Complaint Filed: Aug. 13, 2021 |

After consideration of the pleadings, briefs, and oral argument presented, as well as all other relevant matters presented to the Court, the Court rules as follows:

Plaintiffs' Motion to Reconsider Order Granting Defendant Apolo Ohno's Motion to Dismiss Plaintiffs' Complaint is hereby GRANTED.

Mr. Ohno's Motion to Dismiss the Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), is hereby DENIED IN PART and GRANTED IN PART. Mr. Ohno's Motion to Dismiss the Complaint is denied with respect to Plaintiffs' fourth cause of action, and granted with respect to Plaintiffs' first, second, third, and fifth causes of action.

The Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3) and dismisses the remaining causes of action without prejudice.

IT IS SO ORDERED.

DATED: _____     _____

HON. MARK C. SCARSI
United States District Judge