UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KANG, an individual, on behalf of himself and SKYBLOCK, LLC and MID-WILSHRE CONSULTING LLC, PRASAD HURRA, DAVID KIM, an individual, on behalf of himself and BLUE BLOCK GROUP, ARTEMIO VERDUZO, DAVID KWON, and YOUNG JAE KWON,<br><br>Plaintiffs,<br><br>v.<br><br>HYBRID TRADE LIMITED, ASIA DIGITAL ASSET EXCHANGE, ALLYSIAN SCIENCES, APOLO OHNO, ROD JAO, EUGENIO PUGLIESE, HENRY LIU, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06593-MCS-JPR<br><br>**AMENDED JUDGMENT** |

1

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss,

IT IS ADJUDGED that judgment is entered in favor of Defendants Hybrid Trade Limited, Asia Digital Asset Exchange, Allysian Sciences, Apolo Ohno, Rod Jao, Eugenio Pugliese, and Henry Liu and against Plaintiffs Brian Kang, Prasad Hurra, David Kim, Artemio Verduzo, David Kwon, and Young Jae Kwon on claims one, two, three, four, and five in Plaintiffs' Complaint. The Court dismisses claims one, two, three, four, and five, the federal law securities claims, with prejudice. The Court dismisses claims six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, and fifteen, the state law claims, without prejudice. Plaintiffs shall take nothing from this action, and Defendants are entitled to their costs of suit.

**IT IS SO ORDERED.**

Dated: April 27, 2022

                                                MARK C. SCARSI
                                                UNITED STATES DISTRICT JUDGE